

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

May 9, 2016

**VIA EMAIL**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 10 2016
```

Re: <u>United States v. Meite</u>, 16 Cr. 126 (KBF)

Dear Judge Forrest:

    We represent Zoumana Meite in the above-referenced matter.

    Earlier today, Mr. Meite advised me about the death of a close family friend and his wish to travel to Philadelphia this Friday for the funeral. Mr. Meite would like to leave his residence in New York on Friday, May 13, 2016 at approximately 8:00 a.m. and would plan to return home by approximately 8:00 p.m. on May 13, 2016.

    Pretrial Services Office Joseph Perry has no objection to this request as long as he is provided with proof of attendance, and counsel for the government advised that he would defer to Pretrial Services.

    We respectfully request that the Court approve Mr. Meite's proposed travel to Philadelphia for Friday, May 13, 2016.

Respectfully submitted,

/s/Harry H. Rimm

Harry H. Rimm

cc:   Joseph Perry, Pretrial Services (Via Email)
      David M. Abramowicz, Esq. (Via Email)

So Ordered.

KBF, J.
USDJ
5/10/16