

Sullivan & Worcester LLP  
1633 Broadway  
New York, NY 10019

T 212 660 3000  
F 212 660 3001  
www.sandw.com

May 9, 2016

**VIA EMAIL**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 11 2016
```

Re: <u>United States v. Meite</u>, 16 Cr. 126 (KBF)

Dear Judge Forrest:

We represent Zoumana Meite in the above-referenced matter.

On behalf of Mr. Meite and his wife and co-defendant Nicogna Meite, we respectfully request a 30-day adjournment of the status conference scheduled for Thursday, May 12, 2016 at 12:00 p.m. Counsel require additional time to review the government's discovery (which the undersigned received on April 25, 2016), to assess whether any potential motions may be brought and to confer with their clients. The parties appeared before Your Honor for an Initial Conference on April 11, 2016.

Counsel for the government consents to this request, and counsel for the two defendants consent to the exclusion of time through the date of the next conference that the Court may set.

Respectfully submitted,

/s/Harry H. Rimm

Harry H. Rimm

cc: Sylvie Levine, Esq. (Via Email)
David M. Abramowicz, Esq. (Via Email)

BOSTON    LONDON    NEW YORK    WASHINGTON, DC

*Handwritten order:* Ordered. Conference adjourned to June 14 at 12pm. Counsel is on notice that if motions are going to be made, they will be due not later than 6/24/16.
5/10/16  KBF USDJ