# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patron
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2016

BY EMAIL
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 17 2016

Re: **United States v. Nokogna Meite**
**16 CR. 126 (KBF)**

Dear Judge Forrest,

I write to request that Ms. Meite be allowed to travel to Newark, New Jersey to attend a wedding of a family friend on May 19, 2016. Specifically, she seeks permission to travel between the hours of 10am and 10pm.

I have spoken with Pre-trial Officer Lisa Chan and she has no objection to this request. I have also spoken with Assistant United States Attorney David Abramowicz, who also has no objection.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729

SO ORDERED:

_____
KATHERINE B. FORREST
United States District Judge

5/17/16

cc: David Abramowicz
    Assistant United States Attorney

1