```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 23, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

　- v. -

NOKOGNA MEITE, and
ZOUMANA MEITE,

　　　　　　　Defendants.
------------------------------------------------------------------X

16 Cr. 126 (KBF)

ORDER

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 6/23/2016, it is hereby ORDERED as follows:

- The next status conference is scheduled for 7/28/2016 at 12:00 p.m. At that conference, if a disposition has not been reached, the parties shall be prepared to discuss any potential motions which may be brought as well as the schedule going forward, including a trial date.

- Upon application of the Government and consented to by defendants, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 6/23/2016 to 7/28/2016. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendants in a speedy trial.

　SO ORDERED:

Dated:　　New York, New York
　　　　　June 23, 2016

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KATHERINE B. FORREST
　　　　　　　　　　　　　　　　　United States District Judge