

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

July 21, 2016

**VIA EMAIL -- ForrestNYSDChambers@nysd.uscourts.gov**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 2 6 2016
```

Re: *United States v. Meite*, 16 Cr. 126 (KBF)

Dear Judge Forrest:

We represent Zoumana Meite in the above-referenced matter. Due to a personal scheduling conflict, I respectfully request that the Court reschedule the July 28, 2016 conference in this matter.

By letter dated July 18, 2016, I wrote to the Court to request that the status conference scheduled for July 28, 2016 be rescheduled to July 21, 2016. I understand that the conference will not take place today.

I respectfully request that the Court reschedule the July 28, 2016 conference for 1:00 p.m. on Wednesday, August 3, 2016. The proposed new date and time work for all counsel, and both defense counsel consent to the exclusion of time from July 28, 2016 through August 3, 2016.

Respectfully submitted,

Harry H. Rimm

cc: Sylvie Levine, Esq. (Via Email)
David M. Abramowicz, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC

Ordered

Conference adjourned to 8/3/16 at 1 pm. Time is excluded on consent to allow for the parties to continue to prepare. That exclusion is in the interests of justice.

KB Forrest USDJ  7/26/16