```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 10, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:         16 Cr. 126 (KBF)
- v. -                                                            :
:                ORDER
NOKOGNA MEITE, and                                                :
ZOUMANA MEITE,                                                    :
:
                          Defendants.                             :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 8/3/2016, it is hereby ORDERED as follows:

- Motions *in limine* are to be filed not later than 11/11/2016. Responses are due and the motions will be fully briefed not later than 11/29/2016.

- Pretrial materials, including proposed *voir dire*, proposed jury instructions, proposed stipulations, as well as witness and exhibit lists are due not later than 11/29/2016.

- Any Rule 404(b) Notice shall be provided to defendants not later than 11/14/2016.

- The final pretrial conference is scheduled for 12/6/2016, at 1:00 p.m.

- 3500 material shall be turned over to the defendants not later than 12/8/2016.

- Trial shall commence on 12/12/2016, at 9:00 a.m.

- Upon application of the Government and consented to by defendants, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 8/3/2016 to 12/6/2016. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendants in a speedy trial.

SO ORDERED:

Dated:    New York, New York
         August 10, 2016

_____
KATHERINE B. FORREST
United States District Judge