

December 12, 2016

**VIA EMAIL -- ForrestNYSDChambers@nysd.uscourts.gov**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 13 2016
```

Re: *United States v. Meite*, 16 Cr. 126 (KBF)

Dear Judge Forrest:

We represent Mr. Zoumana Meite in the above-referenced matter. Sentencing is scheduled for Mr. and Mrs. Meite during the afternoon of Friday, February 10, 2017.

Due to a recent CJA appointment in a case with a trial date of January 30, 2017, I respectfully request that the Court reschedule the sentencings in this matter. The Court may recall that Mr. and Mrs. Meite, who are husband and wife, entered guilty pleas during the same afternoon and would like, with the Court's permission, to be sentenced during the same afternoon.

I respectfully request that the Court reschedule each of the two sentencings to the afternoon of Friday, March 10, 2017. The proposed new date and time work for all counsel.

Respectfully submitted,

Harry H. Rimm

cc: Sylvie Levine, Esq. (Via Email)
David M. Abramowicz, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC

---

**Order**

The request is Denied with leave to renew in mid-January, once it is clearer whether the Jan. 30 trial is actually going to "go" at that time. /s/ KBF

12/13/16