
SULLIVAN &
WORCESTER

January 5, 2017

**VIA EMAIL -- ForrestNYSDChambers@nysd.uscourts.gov**
Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 06, 2017

Re: *United States v. Meite*, 16 Cr. 126 (KBF)

Dear Judge Forrest:

We represent Mr. Zoumana Meite in the above-referenced matter. I write as a follow-up to (i) my December 12, 2016 letter requesting that the February 10, 2017 sentencing be rescheduled to March 10, 2017 and (ii) the Court's December 13, 2016 Order denying the request with "leave to renew in mid-January, once it is clearer whether the Jan. 30 trial is actually going to 'go' at that time."

All signs continue to indicate that the case in which I recently was appointed as CJA counsel will proceed to trial on January 30, 2017. In addition, my responses and objections to the Presentence Report are due tomorrow, and I believe that the Probation Department may be planning to circulate its final Presentence Report within the next week.

For these reasons, I respectfully renew my request that the Court reschedule the sentencings in this matter to the afternoon of Friday, March 10, 2017. The Court may recall that Mr. and Mrs. Meite, who are husband and wife, entered guilty pleas during the same afternoon and would like, with the Court's permission, to be sentenced during the same afternoon.

In the event that I learn in the next several weeks that the trial in the other matter will not be going forward, I will immediately advise the Court. The proposed new date and time work for all counsel.

Respectfully submitted.

Harry H. Rimm

cc: Sylvie Levine, Esq. (Via Email)
David M. Abramowicz, Esq. (Via Email)

*Ordered*
Sentencing dates for both Mr. and Mrs. Meite are rescheduled to 3/10/17 at 1pm.
/s/ KBF
U.S.D.J.  1/6/17