# EXHIBIT A

February 23, 2017

Honorable Katherine B. Forrest
United States District Judge
500 Pearl Street
New York, NY 10007

Dear Judge Forrest,

Im writing this letter to tell you how sorry I am. I still cant believe Im writing a letter to a judge. I never thought Id be in this place.

I came from a very poor family in Africa and I came to the United States to have a better life. America changed my life from bad to good. I never wanted to take advantage of my new country. Im so sorry.

I am a hard working person. I worked all my life. First I helped my mother with my siblings and worked to support them. Now I work to support my children. I work on the books. I usually work overnight and I work overtime to earn money to support my children. The scariest part of all this is thinking about being away from them. They need me. I pick my son up from school. I cook for them. I take them shopping and take them to the mosque. I know I hurt my children by getting involved in this case.

I should never have filed taxes asking for money that didnt belong to me. It was the biggest mistake of my life. Ive always worked for my money. I know better than to take money I didn't earn. If I could go back in time, I would never do this.

This experience has turned my life upside down. Ive suffered every day worrying about what will happen. I have learned my lesson. I regret this from the bottom of my heart. I am on my knees begging you to have mercy on me and my family. If you give me a chance to stay out of jail, I will work as hard as I can to pay back the money. I already paid some back to show you that I will do it.

I am so sorry. Thank you for learning about me and my family.


Nokogna Meite     *Nokogna Meite*