# EXHIBIT B

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

      A mother's love is endless and no one can replace her. I am pleading that you don't take her away from me. She is someone who carried me first in her body, then in her arm and now a lifestyle in her heart. I plead that you don't take my first love away from me. Anything is replaceable except for a mother because you can only have one. My mother immigrated to this country to give me a better future. I am the first in my family to go to college. I am a student at Lehman College, and I wouldn't be in the position I am today, with the opportunities that I have, without my mother. She showed me how to be independent, humble and loving through thick and thin, as she always say with every difficulty come ease. Everything that I am or hope to be, I owe to my mother. No luxury in this world can compete with cradle of mother. Take everything, everything for me if you have to, my right, my voice but please don't take my mother away from me. Just imagine taking her away, leaving me here with my younger sibling struggling to take care of them. I am a 21 years old young adults in school and working part time hours. I am the only breadwinner in the house supporting a 19 years old, a 17 years old and an 8 years old. I am not getting enough hours at work to support the family. It's been hard to handle all the pressure. Just imagine the difficulties, the hardship, and the depression that I will go through if my mother is not here. Please ease my difficulty by not taking her away. If having children is a blessing, a righteous wife is the mother of all blessing. My mother has taught me a lot, especially with her relationship with my father. She taught me how to love unconditionally and be selfless. She's my role model, my only true love. My body is shaking literally just the thought that she will be away from me, you know when we see somebody that you love in pain, it causes you pain. When people disrespected me and used derogatory terms against me, my mother was there by my side to defend me and say, "my daughter is not like that, I know my daughter." No matter how great, how big I became in society, my mother is the greatest thing that has ever been given to me. The love of a mother is unparalleled and unconditional. Please, please, please I beg you for you not to take my mother away.

Sincerely,

*Aicha Meite.*

Aicha Meite