# EXHIBIT C

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing you this letter to support my mother. I love my mother so much and would do anything for her. My mother has helped me throughout these years. I owe everything I have to my mother. She is always giving back to her community back home and trying her best to get involved in the community here. My mother has a kind heart and is a very patient person. Please give my mother a second chance. I can assure you that you won't regret it. My mother has never been in trouble with the law before. If anything, she tries to avoid problems in general. Please forgive my mother. I want to tell you that all of my family is having a hard time. We are struggling without our parents. You are our only help. I don't want to lose my mother. One day, when I become a mother I will fully understand all that my mother has sacrificed for me. She does the best she can. Please Judge give my mother a second chance. Thank you for your time.

Sincerely,

Aminata Meite