# EXHIBIT D

Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

    Please Judge forgive my mother. My mom excels me to become a better man. She teaches me how to have self-control, proper manners and how to approach females. She gives me multiple chances and is always patient and is always forgiving. My mom is the definition of what it means to be a loving and nurturing person. Every day when I come home from school my mom would ask about my day and make sure that I would always have a smile on my face and remind me to never let the negative energy from the outside impact my well-being. I plead that you forgive my mom and give her a chance with her family. I want my mother to see me grow day by day. This would allow me to show her that I have used what she taught me to develop my ways. Ever since I was a little boy, my mom always taught me bad from good, and left from right. Without her, I don't know where I would go. Every day I wake up praying that I don't lose her. I want her to see my accomplishments, my growth, and I would want to at least attempt to give her back everything that she has done for me. I love my mom and she is the greatest person I have met in my life. She always taught me to never take anything for granted and this is why I appreciate and need her in my life. Please Judge, forgive my mom. She means everything to me, without her I am nothing. I knew my mom and me would have an unbroken bond ever since my first words were "mom."

Sincerely,

*[signature]*
Aboubaca Meite