# EXHIBIT F

Good Day, Your Honor:

My name is Moussa, Imam of the mosque in Nokogna's village. I have known Nokogna since she was born. Ever since, Nokogna has never ceased to be noticed through the various acts she has carried out for our community. This exemplary mother of several children has always had a passion for helping other women so that they would have a good concept of how to bring up children. Nokogna has always been present to help her family, whether financially or of another nature. Nokogna is a very pious Muslim believer. Moreover, Nokogna has never failed to help the entire Muslim community. In my capacity as Imam and spiritual guide, Your Honor, I bear witness that Nokogna is a woman of strong morality and should enjoy complete liberty to demonstrate her good qualities. She demonstrates them to us each time she comes to the village for vacation. Having stated the acts of Nokogna, I ask for your pardon in granting full liberty to Nokogna. Thank you, Your Honor.

Bjr madame le juge, je me nomme Moussa Imame de la mosquée du village de Nokogna, j'ai connue Nokogna depuis sa naissance, depuis Nokogna n'a cessé de se faire remarquer à travers les différentes actions qu'elle mène pour notre communauté, cette mère exemplaire de plusieurs enfants à toujours eu de la passion pour aider les autres femmes à fin qu'elle avoir une bonne conception de l'éducation des enfants ,Pour la famille de Nokogna  toujours présente pour apporté son aide que sa soit financier ou en nature,Nokogna est une croyante très pieuse, d'ailleurs Nokogna pour notre mosquée ne cesse d'apporter son aide pour tout la communauté musulmane,à ma qualité d'imame et guide spirituelle ,madame le juge je vous témoigne que Nokogna est une femme de bonne moralité doit avoir liberté pleinement de faire preuve de ses qualités, elle nous les montres à fois qu'elle viens au village en vacances,je finirais de dire les actions de Nokogna, pour ma part je vous demande pardon d'accorder la la liberté pleinement à Nokogna ,madame le juge, merci madame .