# EXHIBIT G

Good Day, Your Honor.

My name is Sylla Adama, an economic director in the Ivory Coast and I have been a close friend of Nokogna's since childhood. We have done many things together. Your Honor, Nokogna is a woman of principle with a very imposing physical appearance due to the numerous acts of charity she performs during her vacation for those surrounding her, and she is also very devoted, exhibiting exemplary behavior in our homes, through exchanges with women. She also adores spending a lot of time with the very elderly and with children. Your Honor, this is a glimpse of Nokogna's behavior. I ask you to forgive her so that she may fully enjoy her freedom.

bonjour Madame le juge, je m'appelle Sylla Adama, Opérateur économique en Côte d'ivoire, ami intime de Nokogna depuis l'enfance, nous avons eu à faire de nombreuses choses ensemble, Madame le juge Nokogna est une femme de conviction et avec un aspect physique très imposant dû aux nombreux actes de bienfaisance qu'elle pose pendant ces vacances pour son entourage et aussi elle est très dévouer et disponible pour apporter un comportement exemplaire dans nos foyers à travers échanges avec les femmes, et aussi pour sa part elle adore passée Beaucoup le temps avec les plus âgées et enfants ,Madame le juge ceci est un aperçu du comportement de Nokogna, je vous demande pardon pour qu'elle puisse Juire pleinement sa liberté.