# EXHIBIT H

Good Day, Your Honor.

My name is Amadou Fofana, a cousin of Nokogna. I am a building electrician in Ivory Coast (Abidjan). I bear witness to you, Your Honor, through these writings, in order to indicate to you how many times Nokogna, for me and for all the members of our [community]. That said, as far as the profession that I practice is concerned, she paid for my training up until I finished, along with all the personal effects that I needed during those years of training, and also my internship expenses. Thanks to Nokogna, today I can provide for all of my needs and also those of my family. I am the head of my building electrician company. Even so, I am not the only person to have benefited from Nokogna's assistance. She even provides assistance to sick people like a good religious person. Your Honor, Nokogna is a person with a good interpretation of life and I ask your forgiveness by fully granting her liberty to her so that she may speak with her heart for the benefit of society.

Bonjour Madame le juge je m'appelle Amadou Fofana cousin de Nokogna, je suis électricien en bâtiment en Côte d'ivoire (Abidjan) je viens témoigné auprès de vous Madame le juge à travers ces écris pour vous signifier combien de fois Nokogna pour ma part et pour tous les membres de notre, cela dis en ce qui concerne le métier que j'exerce, c'est elle qui a s'engager pour payer ma formation jusqu'à ce que je finis avec tous les effets dont j'ai eu besoin durant les années de formation et les frais de l'internat inclus aussi, grâce à Nokogna aujourd'hui je subvient à mes besoins et celui de ma famille, je suis chef de mon entreprise d'électricité bâtiment, encore je suis pas la personne avoir bénéficié de l'aide Nokogna et même des personnes malades qu'elle apporte de l'aide aussi, à qualité de bonne religieuse ,Madame le juge nokogna est une femme qui a une bonne lecture de vie, et vous demande pardon de lui accorder pleinement sa liberté pour qu'elle puisse faire parle son coeur au profit de la société.