# EXHIBIT I

Greetings, Your Honor.

My name is Roland Louassi. I am a friend of Nokogna. I am a teacher by profession in Nologna's village. I met Nokogna while she was on vacation in her village of Mankono. She paid a visit to our school during which she contributed material support to us. On that day, she saw all of our students. Next, I had an exchange with her and during that exchange she wished she could do a lot to diminish poverty in the village. Your Honor, in my capacity as a teacher in Mankono, Nokogna's village, this is my testimony. I ask you to forgive Nokogna to allow her to fully take advantage of her freedom.

Salut Madame le juge, je m'appelle kouassi Roland suis un ami de nokogna, suis enseignant de Proffession ,village de nokogna ,j'ai  fais la connaissance de  Nokogna pendant  qu'elle était en vacances de passage dans son village à  Mankono,elle à  effectuée une visite  dans notre  école, visite  pour la  qu'elle nokogna  nous  apportés un soutient  matériel, ce jour-là elle  fut par l'ensemble de nos élèves, ensuite  j'ai  à  échanger avec elle, durant  cette échange, elle  souhaiterait faire beaucoup  pour diminuer  la. Misère  dans  le village, Madame le juge à qualité  d'enseignant à  Mankono le village de  Nokogna voilà  mon témoignage, je vous demande pardon de laisser Nokogna profiter pleinement de sa liberté.