# EXHIBIT J

Good Day, Your Honor:

My name is Fatoumata. I am a mother of 3 children. Your Honor, I come to you to tell you what connects us to Nokogna. I met Nokogna while pregnant with my last daughter, who is named Nokogna, when my husband had lost his job. Nokogna helped me completely, up to the birth, whether it was with food, health care or finances. I am not the only one whom she supported in this way. During vacations in our [village], Nokogna makes herself available to everyone. Nokogna loves children a lot. Thanks to Nokogna, we got organized into an association to help parents with the upbringing and wellbeing of the children of the village.  In religious orientation, she is responsible for teaching women the right conduct for a Muslim woman in her family. Nokogna has contributed a lot to us in this sense.

Your Honor, I could go on speaking of the good works that Nokogna has done. Through my voice, the women of our [village] join me in asking you for a pardon in order to grant full liberty to Nokogna.

Thank you.

Bonjour madame le juge je nomme fatoumata,je suis mère de 3enfants.
Madame le juge viens auprès de vous dire ce qui nous lie à Nokogna, j'ai connue Nokogna pendant la grossesse de ma dernière fille,dont elle porte le nom de Nokogna, lorsque ma mari avait perdus son emploi ,Nokogna m'assisté entièrement jusqu'à l'accouchement, que sa soit alimentaire, en soins et financièrement, je ne suis pas la seule qu'elle à soutenu dans se sens,pendant les vacances dans notre  Nokogna se rend disponible pour tout le monde, Nokogna aime beaucoup les enfants, grâce à Nokogna nous sommes organisés en association pour assister les parents pour l'éducation et le bien être des enfants du village, dans la confession religieuse dont elle est chargée apprendre au femme la bonne conduite de la musulmane dans sa famille, Nokogna nous apporte suffisamment dans se sens.
Madame le juge je ne finirais de parler des bons actes que Nokogna fait ,par ma voix les femme de notre se joignent à moi pour demander pardon pour accorder pleinement la liberté à Nokogna.
Merci.