# EXHIBIT K



# CERTIFICATE OF COMPLETION

*This Certifies that*

**Nokogna Meite**

SS# ▮▮▮▮▮

*has successfully completed a training program approved by the New York State Department of Social Services and is qualified for employment as a*

## Personal Care Aide

**February 8, 2001**
*Date of Completion*

**Patient Care, Inc.**
*Name of Training Program*

B. Gulston DPS
*Signature and Title of Official Agency Designee*

# CERTIFICATE OF COMPLETION

This Certifies that

**Nokogna Meite**

SS# ███

has successfully completed a training program approved by the New York State Department of Health and is qualified for employment as a

*Home Health Aide*

**March 23, 2001**
*Date of Completion*

**Patient Care, Inc.**
*Name of Training Program*

B. Ghilshin DPJ
*Signature and Title of Official Agency Designee*