

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

March 6, 2017

**VIA ECF**

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Meite*, 16 Cr. 126 (KBF)

Dear Judge Forrest:

  I write as a follow-up to Mr. Meite's February 24, 2017 sentencing submission in this matter to advise the Court that Mr. Meite delivered a restitution payment in the amount of $500 to my office on March 3, 2017; that I sent the payment on that day to the IRS Special Agent handling this matter; and that the IRS received Mr. Meite's payment today.

            Respectfully submitted,

            /s/  Harry H. Rimm

            Harry H. Rimm

cc:  Counsel of Record (Via ECF)