**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 7, 2017

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Nokogna Meite**
      **16 Cr. 126 (KBF)**

Dear Judge Forrest,

    Mrs. Meite will stand before the Court for sentencing on Friday, March 10, 2017. A sentencing submission on her behalf was filed on February 24, 2017.

    Since that date, Mrs. Meite has made an additional restitution payment of $500 to the Internal Revenue Service. The Special Agent assigned to her case confirmed receipt today. Thank you for your attention to this matter.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Nokogna Meite
212-417-8729


cc:   David Abramowicz
      Assistant United States Attorney

      Harry Rimm
      Attorney for Zoumana Meite