USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 3 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER OF RESTITUTION
                                    :
            - v. -                  :    16 Cr. 126 (KBF)
                                    :
NOKOGNA MEITE and                   :
ZOUMANA MEITE,                      :
                                    :
                        Defendants. :
                                    :
------------------------------------X

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, David Abramowicz, Assistant United States Attorney, of counsel; the presentence report; defendant NOKOGNA MEITE's conviction on Count Two of the above-captioned Indictment (the "Indictment"); defendant ZOUMANA MEITE's conviction on Count Three of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** NOKOGNA MEITE and ZOUMANA MEITE, the Defendants, shall pay restitution in the total amount of $254,066.98 to the victim of the offenses charged in Counts Two and Three. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Joint and Several Liability.** Defendants' liability for restitution shall be joint and several with one another. Each Defendant's liability for restitution shall continue unabated until either he or she has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by both Defendants.

Dated: New York, New York
       March 10, 2017

                                SO ORDERED:

                                _____
                                THE HONORABLE KATHERINE B. FORREST
                                UNITED STATES DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :   SCHEDULE OF VICTIMS
                                           :
              - v. -                       :   16 Cr. 126 (KBF)
                                           :
NOKOGNA MEITE and                          :
ZOUMANA MEITE,                             :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X
```

| Name | Address | Amount of Restitution |
|---|---|---|
| Internal Revenue Service (IRS) | IRS-RACS<br>Attn: Mail Stop 6261, Restitution<br>333 W Pershing Ave<br>Kansas City, MO 64108 | $254,066.98 |
| Total: | | $254,066.98 |

3