**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2017

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Nokogna and Zoumana Meite**
      **16 Cr. 126 (KBF)**

Dear Judge Forrest:

I write on behalf of Mr. and Mrs. Meite regarding the restitution that was ordered in the above-captioned case. We discussed the interest on that restitution at the March 10, 2017 sentencing, and I told the Court I would submit this letter with an appropriate citation:

The Court can modify the requirement for interest on restitution "[i]f the court determines that the defendant does not have the ability to pay interest under this subsection." See 18 U.S.C. § 3612(f)(3). We respectfully request that the Court waive the requirement, on the grounds that Mr. and Mrs. Meite do not have the ability to pay interest. See 18 U.S.C. § 3612(f)(3)(A).

The Government by Assistant United States Attorney David Abramowicz consents to this application.

Respectfully submitted,
/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729

**SO ORDERED:**

_____
**HONORABLE KATHERINE B. FORREST**
**United States District Judge**

cc:   David Abramowicz, Assistant U.S. Attorney
      Harry Rimm, Counsel for Mr. Meite