# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 25, 2017

VIA ECF
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 7 2017

Re:   **United States v. Nokogna Meite**
      16 Cr. 126 (KBF)

Dear Judge Forrest:

I write to respectfully request that the Court adjourn Mrs. Meite's surrender to the Bureau of Prisons from May 8, 2017 to June 28, 2017. This delay would allow Mrs. Meite to be home for the Muslim holiday of Ramadan, which falls in the interim. If granted, Mrs. Meite will still be released well in advance of her husband's scheduled surrender date: November 1, 2017.

The Government by Assistant United States Attorney David Abramowicz has no objection to this request. Pre-trial Services by Officer Lisa Chan has no objection to this request.

Respectfully submitted,

So ordered.

/s/
Sylvie Levine
Assistant Federal Defender

SO ORDERED:

_KB. F____
HONORABLE KATHERINE B. FORREST
United States District Judge

4/27/17

cc:   Assistant United States Attorney David Abramowicz
      Pre-trial Services Officer Lisa Chan