# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 3, 2017

VIA ECF
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 5 2017

Re:   **United States v. Nokogna Meite**
      16 Cr. 126 (KBF)

Dear Judge Forrest,

  I write to request the release of Mrs. Meite's passport, which was surrendered to the United States Pretrial Services Office in the Southern District of New York as a condition of Mrs. Meite's bail. Mrs. Meite was sentenced on March 10, 2017. She subsequently completed her term of imprisonment and was released by the Bureau of Prisons.

  Pretrial Services informed us that they are still in possession of the passport and can release it pursuant to a Court order. Thus, we respectfully request that the Court order the release of her passport. The Government, by Assistant United States Attorney David Abramowicz, consents to this request.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

SO ORDERED:

_____
HONORABLE KATHERINE B. FORREST
United States District Judge

10/5/17

cc:   David Abramowicz
      Assistant United States Attorney